UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James & Rebecca Abrams

| | |
|---|---|
| Case No.: | 17-14648 |
| Chapter: | 7 |
| Hearing Date: | 8/15/17 |
| Judge: | Altenburg |

## ORDER GRANTING REDEMPTION

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: August 15, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF NEW JERSEY

In Re:  James L. Abrams, Jr & Rebecca A. Abrams  : Case No: 17-14648
                                      Debtor (s)

                                        : Chapter 7

Creditor(s) Address: Regional Acceptance Corp.
                        1424 East Fire Tower Road  : Judge Andrew B. Altenburg, Jr.
                        Greenville, NC 27858

## ORDER GRANTING REDEMPTION AND APPROVAL OF
## ASSOCIATED FINANCING AND ATTORNEY FEES.

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

Year  2012  Make  __Volkswagen__  Model __Jetta 5 Cylinder Sedan 4D SE__

VIN # 3VWDP7AJ7CM392910

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $ 6,134.00

**IT HEREBY ORDERED,**
1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of _____, 20_____ .

_____
Bankruptcy Judge