UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James & Rebecca Abrams

Case No.: 17-14648

Chapter: 7

Hearing Date: 8/15/17

Judge: Altenburg

## ORDER GRANTING REDEMPTION

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: August 15, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

In Re: James L. Abrams, Jr & Rebecca A. Abrams : Case No: 17-14648
                      Debtor (s)
                                                        : Chapter 7

Creditor(s) Address: Regional Acceptance Corp.
                       1424 East Fire Tower Road     : Judge Andrew B. Altenburg, Jr.
                       Greenville, NC 27858

---

## ORDER GRANTING REDEMPTION AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES.

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

Year  2012  Make  __Volkswagen__  Model _Jetta 5 Cylinder Sedan 4D SE_

VIN # **3VWDP7AJ7CM392910**

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $ 6,134.00

**IT HEREBY ORDERED,**
1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of _____, 20_____ .

                                                                               _____
                                                                                    Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
James L. Abrams, Jr.  
Rebecca A. Abrams  
      Debtors

Case No. 17-14648-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2017  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db         +James L. Abrams, Jr.,   4 North Drive,    Riverton, NJ 08077-3644  
jdb        +Rebecca A. Abrams,   4 North Drive,    Riverton, NJ 08077-3644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Paul H. Young   on behalf of Debtor James L. Abrams, Jr. ykassoc@gmail.com, lesliebrown.paralegal@gmail.com  
        Paul H. Young   on behalf of Joint Debtor Rebecca A. Abrams ykassoc@gmail.com, lesliebrown.paralegal@gmail.com  
        Thomas J Subranni   trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com  
        Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com, szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 6