UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esquire
Young, Marr & Associates, LLC.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
215-639-5297
Fax : 215-639-1344

Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Rebecca Abrams

| | |
|---|---|
| Case No.: | 17-14648 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 7 |

Recommended Local Form:          ☒  Followed          ☐  Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

.......

**DATED: December 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____the debtors_____, and for good cause shown, it is

ORDERED as follows:

1.      This case is reopened.

2.    ❏    A Trustee shall be appointed.

       ❏    A Trustee shall not be appointed.

3.    ❏    The case shall be immediately reclosed.

       ❏    The case shall be closed within _____ days.

       ❏    The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*