UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esquire
Young, Marr & Associates, LLC.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
215-639-5297
Fax : 215-639-1344

Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Rebecca Abrams

| | |
|---|---|
| Case No.: | 17-14648 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: December 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____ the debtors _____, and for good cause shown, it is

ORDERED as follows:

1.  This case is reopened.

2.  ❏  A Trustee shall be appointed.

    ❏  A Trustee shall not be appointed.

3.  ❏  The case shall be immediately reclosed.

    ❏  The case shall be closed within _____ days.

    ❏  The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-14648-ABA
James L. Abrams, Jr.                                                                     Chapter 7
Rebecca A. Abrams
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1                  Date Rcvd: Dec 13, 2017
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb          +James L. Abrams, Jr.,   Rebecca A. Abrams,   4 North Drive,   Riverton, NJ 08077-3644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Paul H. Young   on behalf of Debtor James L. Abrams, Jr. ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              Paul H. Young   on behalf of Joint Debtor Rebecca A. Abrams ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              Thomas J Subranni   trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 6