Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14648−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James L. Abrams Jr.<br>4 North Drive<br>Riverton, NJ 08077 | Rebecca A. Abrams<br>4 North Drive<br>Riverton, NJ 08077 |

Social Security No.:
   xxx−xx−5652                                             xxx−xx−1038

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 20, 2017              Andrew B. Altenburg Jr.
                                      Judge, United States Bankruptcy Court